# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| TINISHA PRICE, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-00755-JCM-VCF |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | **ORDER** |
| Defendant. | |

Before the Court is the Joint Stipulation for Extension of Time to File Defendant's Notice of Voluntary Remand of the Case or Cross-Motion to Affirm (ECF No. 17).

Accordingly,

IT IS HEREBY ORDERED that the Joint Stipulation for Extension of Time to File Defendant's Notice of Voluntary Remand of the Case or Cross-Motion to Affirm (ECF No. 17) is GRANTED. Any opposition to the Motion for Reversal and/or Remand (ECF No. 16) is due on or before August 31, 2017.

DATED this 31st day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE