1 | Cyrus Safa
Attorney at Law: 13241
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-5491
E-mail cyrus.safa@rohlfinglaw.com
5 |
Gerald M. Welt
6 | Attorney at Law: 1575
703 S. Eight St.
7 | Las Vegas, NV 89101
Tel.: (702)382-2030
8 | Fax: (702)684-5157

9 | Attorneys for Plaintiff

10 | STEVEN W. MYHRE (NSBN 9635)
Acting United States Attorney
11 | District of Nevada
TINA L. NAICKER, CSBN 252766
12 | Special Assistant United States Attorney
160 Spear Street, Suite 800
13 | San Francisco, California 94105
Telephone: (415) 268-5611
14 | Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

15 | Attorneys for Defendant

16 |

17 | **UNITED STATES DISTRICT COURT**

18 | **DISTRICT OF NEVADA**

19 |

| TINISHA PRICE | ) |
|---|---|
| 20 |   ) Case No. 2:17-cv-00755-JCM-VCF |
| Plaintiff, | ) |
| 21 |   ) **JOINT STIPULATION FOR EXTENSION OF** |
| v. | ) **TIME TO FILE DEFENDANT'S NOTICE OF** |
| 22 |   ) **VOLUNTARY REMAND OF THE CASE OR** |
| NANCY A. BERRYHILL, | ) **CROSS-MOTION TO AFFIRM** |
| 23 | Acting Commissioner of Social Security, ) |
|   ) **(Third Request)** |
| 24 | Defendant. ) |

25 |

26 |

1    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that

2   the time for responding to Plaintiff's Motion for Summary Judgment be extended for one week from

3   September 15, 2017 to **September 22, 2017**.  This is Defendant's third request for extension.  Good

4   cause exists to grant Defendant's request for extension.  Counsel continues to have deabilitating

5   migraines and daily headaches and is on intermittent medical leave.  As a result of unanticipated

6   medical leave, Counsel respectfully requests additional time in order to address the issues raised in

7   Plaintiff's Motion.  Defendant makes this request in good faith with no intention to unduly delay the

8   proceedings.  Plaintiff has no objection to the requested relief.  The parties further stipulate that the

9   Court's Scheduling Order shall be modified accordingly.

10

11

12                                              Respectfully submitted,

13  Date:    September 14, 2017

14                                      By:    */s/  Cyrus Safa*
                                               CYRUS SAFA
15                                             *by email authorization on 9/14/17
                                               Attorney for Plaintiff

16  Date:    September 14, 2017                 STEVEN W. MYHRE
17                                             Acting United States Attorney

18
                                               By:*/s/ Tina L. Naicker*
19                                             TINA L. NAICKER
20                                             Special Assistant United States Attorney

21      **IT IS SO ORDERED.**

22

23

24       9-15-2017
    DATE:   _____          _____
25                                             THE HONORABLE CAM FERENBACH
                                               United States Magistrate Judge
26

- 2 -

**CERTIFICATE OF SERVICE**

I, TINA L. NAICKER, certify that the following individual was served with a copy of the

**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S NOTICE OF**

**VOLUNTARY REMAND OF THE CASE OR CROSS-MOTION TO AFFIRM**

on the date and via the method of service identified below:

**CM/ECF:**

Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail cyrus.safa@rohlfinglaw.com

Gerald M. Welt
Attorney at Law: 1575
703 S. Eight St.
Las Vegas, NV 89101
Tel.: (702)382-2030
Fax: (702)684-5157

Respectfully submitted this 14th day of September 2017,


*/s/ Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney

- 3 -